# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| RAE ANN SPINKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:17-cv-187-RLY-MPB |
| ) | |
| PASQUALE CANCELLIERE, D.P.M., ) | |
| ) | |
| Defendant. ) | |

## ORDER TO DISMISS

Plaintiff, Rae Ann Spinks, by counsel, and Defendant, Pasquale Cancelliere, D.P.M., by counsel, having moved this Court for an Order, pursuant to Trial Rule 41(a)(1)(A)(ii), approving the Stipulation of the Dismissal of this matter, with prejudice, costs paid;

And the Court being duly advised, now finds that said matter should be dismissed, with prejudice, costs paid. Wherefore,

IT IS HEREBY ORDERED that this matter be dismissed upon the parties' Stipulation of Dismissal, with prejudice, costs paid.

Dated: 10/24/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

D. Bruce Kehoe
kehoe@wkw.com

W. Kent Winingham
kwiningham@wkw.com

Rick L. Weil
rweil@reminger.com